


# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL 212.488.1200
FAX 212.488.1220

NEW YORK
WASHINGTON, DC

WWW.KOBREKIM.COM

1919 M STREET, NW
WASHINGTON, DC 20036
TEL 202.664.1900
FAX 202.664.1920

March 13, 2008

**BY FAX**

The Honorable Michael H. Dolinger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

**DOC #** _____

Re:   **United States v. Hayim Regensberg**
(No. 07 MAG 1865)
08 CR 219 (VM)

Dear Judge Dolinger:

We represent Hayim Regensberg in the above-captioned matter. We write on behalf of Mr. Regensberg to respectfully request that his conditions of release be modified to permit him to travel from New York City to Chicago from April 16-30 to spend the Passover holiday with his elderly parents. Mr. Regensberg lives in New York City and, as indicated on the attached docket sheet, his travel is limited to the Southern and Eastern Districts of New York. We have consulted with Assistant United States Attorney David Siegal, and he has informed us that the Government has no objection to this request so long as he is required to be in periodic contact with his pre-trial services officer during his stay in Chicago. Thank you for your consideration of this matter.

Respectfully submitted,

Matthew I. Menchel
Francisco J. Navarro
212.488.1200

Encl.

SO ORDERED 3/13/08

Hon. Michael H. Dolinger

The Honorable Michael H. Dolinger
March 13, 2008
Page 2

cc: David M. Siegal, Assistant United States Attorney
Michael J. Fitzpatrick, Chief, Pretrial Services