

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2008

**BY FACSIMILE**

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3-19-08

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: **United States v. Hayim Regensberg**
        08 Cr. 219 (VM)

Dear Judge Marrero:

    Enclosed please find an indictment returned by a grand jury on March 13, 2008, and assigned to your Honor that same day. Pursuant to the Court's referral, the defendant was arraigned by the Magistrate Judge on Friday, March 14, 2008, and time was excluded until March 28, 2008, with the consent of defense counsel, to allow the Government to begin gathering discovery for production. Your Honor's clerk has indicated that the Court may be available for an initial conference on March 28, 2008, at 11:30 a.m.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York

By: _____
    David M. Siegal/Marc P. Berger
    Assistant United States Attorneys
    (212) 637-2281/-2207

> Request GRANTED. A status conference herein is scheduled for 3-28-08 at 11:30 a.m. to address the matter described above by the Government.
>
> SO ORDERED.
>
> 3-19-08
> DATE    VICTOR MARRERO, U.S.D.J.

Enclosure

cc: Matthew I. Menchel, Esq. (by fax: 212-586-9600)