# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

June 26, 2008

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-27-08
```

Re:  **United States v. Hayim Regensberg**
     **06 Cr. 219 (VM)**

Dear Judge Marrero:

I write on behalf of my client, Hayim Regensberg, to respectfully request that the Court modify the travel restrictions imposed as part of the bail conditions on the current charges. We seek permission to allow Mr. Regensberg to travel to the District of New Jersey on July 6, 2008 to attend a wedding in Passaic, New Jersey. I have spoken with Marc Berger, Esq., on behalf of the Government, and he consents to this application.

Thank you for your consideration of this matter.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender
Tel.: (212) 417-8760

SO ORDERED:

_____
HONORABLE VICTOR MARRERO
United States District Judge

Request GRANTED. The bail conditions of defendant *Hayim Regensberg* herein are modified to permit travel to *Passaic, New Jersey* on *7-6-08* thru *7-6-08* for the purposes and on the terms and conditions set forth above.

SO ORDERED:

6-26-08
DATE     VICTOR MARRERO, U.S.D.J.

cc: Marc Berger, Esq.
    Assistant United States Attorney