USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-29-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

HAYIM REGENSBERG,

                     Defendant.

08 Cr. 0219(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Defendant, through his counsel (see attached letter), requests that the conference scheduled for August 1, 2008 be adjourned to allow the defendant to finish reviewing discovery materials. The next conference in this matter shall be held on September 12, 2008 at 11:30 a.m.

    All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until September 12, 2008.

    It is hereby ordered that the adjourned time between today and September 12, 2008 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       29 July 2008

                                     Victor Marrero
                                     U.S.D.J.

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

July 28, 2008

**BY HAND**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

Re:  **United States v. Hayim Regensberg**
     **08 Cr. 219 (VM)**

Dear Judge Marrero:

This letter is respectfully submitted on behalf of my client Hayim Regensberg, to request an adjournment of his status conference, currently scheduled for Friday, August 1 2008. Mr. Regensberg has diligently attempted to complete a review of the discovery materials which are extensive, but we still require additional time. I have spoken with Marc Berger, Esq., on behalf of the Government, and he has consented to this application. Due to counsel's vacation plans in August, we are seeking an adjournment of approximately 30 days to any date in September.

If the Court grants this application, I respectfully request that the Court exclude the time from speedy trial calculations pursuant to 18 U.S.C. §3161(h)(8), in the interests of justice.

Thank you for your consideration of this request.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender
Tel.: (212) 417-8760

**SO ORDERED:**

_____
**HONORABLE VICTOR MARRERO**
United States District Judge

cc:  Marc Berger, Esq.,
     Assistant United States Attorney