# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

July 30, 2008

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-08

Re:   **United States v. Regensberg**
      08 Cr. 219 (VM)

Dear Judge Marrero,

I write on behalf of my client, Hayim Regensberg, to respectfully request that the Court permanently modify the travel restrictions imposed by the Honorable Debra C. Freeman on November 14, 2007. Judge Freeman imposed the following bail conditions:

A $500,000 Personal Recognizance Bond, secured by 2 Financially Responsible Persons, one of whom is the defendant's wife and secured by $250,000 of cash or property; Travel limited to the Southern and Eastern Districts of New York; Surrender of all travel documents (and no new applications); and Regular Pretrial Supervision.

Mr. Regensberg is currently out on bail. Mr. Regensberg and his wife wish to move to Passaic, New Jersey and request to add the District of New Jersey to his permissible area of travel.

I have spoken with the Assistant United States Attorney, David M. Siegal (212-637-2281) on behalf of the government, and Dina Naftaliev (212-805-4142) on behalf of Pre-trial Services, and they have consented to this application.

Thank you for your consideration in this matter.

Respectfully submitted,

*[signature]*

Robert M. Baum
Assistant Federal Defender
(212) 417-8760

**SO ORDERED:**

_____
**HONORABLE VICTOR MARRERO**
United States District Judge

cc: David M. Siegal, Assistant United States Attorney (via fax: 212-637-2620)
Dina Naftaliev, Pre-trial Services Officer (via fax: 212-805-4176)

---

Request GRANTED. The bail conditions of defendant Tayum Regensberg herein are modified to permit travel to New Jersey through pretrial proceedings for the purposes and on the terms and conditions set forth above.

SO ORDERED:

7-30-08
DATE        VICTOR MARRERO, U.S.D.J.