USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

HAYIM REGENSBERG,
                    Defendant.

S1 08 Cr. 0219 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    In accordance with the Court's rulings at the hearing held on April 6, 2009 on the Government's request for an order to remand defendant Hayim Regensberg (the "Defendant"), it is hereby

    **ORDERED** that the bail conditions of the Defendant are modified to reflect the following conditions:

    (i) Defendant shall submit to the Court by 3:00 p.m. on April 7, 2009 an affidavit from a physician confirming the nature of a medical condition (sleep apnea) that Defendant raised at the remand hearing, and any necessary treatment that such a medical condition may require;

    (ii) Defendant's Personal Recognizance Bond (the "Bond") is increased to $2,000,000, and must be (a) co-signed by Defendant's wife and his two sisters; and (b) secured by $500,000 in property and $250,000 in cash. Defendant's mother and father must either provide for the cash or property or

also co-sign the Bond. The Bond must be signed and secured by April 8, 2009 at 3:00 p.m.

(iii) Defendant shall be subject to strict home confinement with electronic monitoring, which must be installed and operational no later than April 8, 2009, and he must maintain a telephone at his residence without call forwarding, a modem, caller ID, call waiting, or portable cordless capability while Defendant remains released on bail;

(iv) Defendant shall comply with the conditions of home confinement while released on bail. During such period of home confinement, he must remain at his place of residence except for those activities deemed as "essential" by his pretrial officer, which shall include attendance at Defendant's regular place of worship for the purposes of religious services and observances;

(v) In lieu of the property requirement of the Personal Recognizance Bond described above, Defendant may engage a private security firm to provide 24-hour-per-day guard duty and monitoring services that would ensure his complying with the above conditions of home confinement prior to sentencing.

(vi) Defendant is limited in his travels to the Southern District of New York, with the exception that Defendant is permitted to travel to the Eastern District of New York for the purpose of religious observance during the Passover holiday, April 8, 2009 through April 16, 2009.

(vii) The Court orders that preparation of the Pre-Sentencing Investigation report in this case be expedited such that it would permit the sentencing of the Defendant to occur on May 22, 2009. Sentencing is hereby scheduled for May 22, 2009 at 3:45 pm.

**SO ORDERED:**

Dated:   New York, New York
         7 April, 2009

_____
Victor Marrero
U.S.D.J.